Appraisers for hearing on all issues.

## TOWN OF BURKE v. Robert and Jacqueline HACKETT, No. 82-199

December 1, 1983. No finding having been made by the State Board of Appraisers as to the fair market value of appellees' property, and no finding having been made by the Board as to whether the listed value of appellees' property corresponds to that of comparable properties within the town, 32 V.S.A. § 4467; *Town of Walden* v. *Bucknam,* 135 Vt. 326, 376 A.2d 761 (1977), the cause is reversed and remanded to the Director, Division of Property Valuation and Review, for recommittal to the State Board of Appraisers for hearing on all issues.

## Patricia GOULETTE v. Lloyd GOULETTE, No. 83-511

December 14, 1983. The initial order pursuant to 15 V.S.A. Chapter 21; "Abuse Prevention," being limited to not more than one year duration, 15 V.S.A. § 1103(b), is not a final order and, absent compliance with V.R.A.P. 5, appeal dismissed for lack of jurisdiction.

## IN RE Robert HALPERT, No. 83-603

December 14, 1983. Under Rule 10(g) of the Rules of Admission to the Bar, the Chairman of the Board of Bar Examiners having found no substantial merit to the petitioner's claim of examiner misconduct under 10(e), the decision of the Chairman is final. Petition for extraordinary relief denied.